No. 02–553. BRICKWOOD CONTRACTORS, INC. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied. 

No. 02–554. ORR ET AL. *v.* AMERICAN HERITAGE LIFE INSURANCE CO. ET AL. C. A. 5th Cir. Certiorari denied. 

No. 02–557. PAPER, ALLIED-INDUSTRIAL, CHEMICAL & ENERGY WORKERS INTERNATIONAL UNION *v.* TNS, INC. C. A. 6th Cir. Certiorari denied. 

No. 02–560. WASHOE COUNTY, NEVADA, ET AL. *v.* GIBSON. C. A. 9th Cir. Certiorari denied. 

No. 02–566. HARLEY ET AL. *v.* 3M CO. ET AL. C. A. 8th Cir. Certiorari denied. 

No. 02–569. LUBETSKY *v.* APPLIED CARD SYSTEMS, INC. C. A. 11th Cir. Certiorari denied. 

No. 02–578. JACKSON ET AL. *v.* BENSON ET AL. Sup. Ct. Wis. Certiorari denied. 

No. 02–580. CRISLER ET AL. *v.* BROWNE ET AL. Sup. Ct. La. Certiorari denied. 

No. 02–588. BEAZLEY, BY AND THROUGH HER GUARDIAN AD LITEM, BEAZLEY *v.* SUPERIOR COURT OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied. 

No. 02–589. PIERSON *v.* CHARLES E. SMITH CO. Cir. Ct. Arlington County, Va. Certiorari denied.

No. 02–594. ROLLESTON *v.* SANDEASE, LTD., ET AL. Ct. App. Ga. Certiorari denied. 

No. 02–605. HUTSON *v.* RENT-A-CENTER, INC. C. A. 11th Cir. Certiorari denied. 

No. 02–607. BELL *v.* NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.